# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1904

_____

| | | |
|---|---|---|
| Gretchen Oyler, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jo Anne B. Barnhart, Commissioner, | * | Eastern District of Arkansas. |
| Social Security Administration, | * | [UNPUBLISHED] |
| | * | |
| Appellee. | * | |

_____

Submitted: January 7, 2004

Filed: January 15, 2004

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Gretchen Oyler appeals the district court's[1] decision upholding the Commissioner's denial of child's Supplemental Security Income after a hearing before an administrative law judge (ALJ) and after the Appeals Council denied review. Having reviewed the record, including the new evidence submitted to the

_____

[1]The Honorable John F. Forster, Jr., United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

Appeals Council, we find that the Commissioner's decision is supported by substantial evidence on the record as a whole.  See Cunningham v. Apfel, 222 F.3d 496, 500 (8th Cir. 2000).  In particular, the ALJ gave appropriate weight to Oyler's subjective complaints, made explicit findings regarding her residual functional capacity, considered her impairments in combination, fully developed the record, and ensured that she understood her right to an attorney.

Accordingly, the judgment is affirmed.

_____